UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA TURNER, | Case No. 2:20-cv-00645-DAD-BAM |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| C R BARD INCORPORATED, et al., | |
| Defendants. | |

By separate order, the Court has granted the motion of Bobby Saadian, Thiago Coelho, Johnny Ogata, and Wilshire Law Firm to withdraw as attorney of record for Plaintiff Melissa Turner ("Plaintiff").  Plaintiff has been substituted *in propria persona* in place and stead of Messrs. Saadian, Coelho, and Ogata and is no longer represented by counsel.  In light of the substitution, Plaintiff will be granted a brief extension of time to secure new counsel or to otherwise determine how he would like to proceed in this action.

Accordingly, the Court sets a TELEPHONIC STATUS CONFERENCE in this matter for **November 4, 2020, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the conference is to address whether Plaintiff has secured new counsel or intends to proceed *in propria persona*.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number**

**1-877-411-9748; access code 3219139**.

    Plaintiff is cautioned that the failure to appear at the conference may result in the imposition of sanctions, including terminating sanctions. A copy of this Order will be served on Plaintiff at her last known address.

IT IS SO ORDERED.

Dated: **October 2, 2020**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2