UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-00645-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF MELISSA TURNER TO APPEAR BEFORE THE COURT ON **DECEMBER 4, 2020** TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE, FAILURE TO APPEAR, AND FAILURE TO COMPLY WITH A COURT ORDER |

　　　　On October 2, 2020, the Court granted the motion of Bobby Saadian, Thiago Coelho, Johnny Ogata, and Wilshire Law Firm to withdraw as attorney of record for Plaintiff Melissa Turner ("Plaintiff"). (Doc. No. 49.) By separate order, the Court set a telephonic status conference for November 4, 2020, to address whether Plaintiff had secured new counsel or intended to represent herself *in propria persona*. (Doc. No. 50.) Copies of the Court's order granting counsel's motion to withdraw and the order setting the status conference were served on Plaintiff at her last known address. On November 4, 2020, Plaintiff failed to appear at the status conference.

　　　　Pursuant to Local Rule 110, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." L.R. 110. The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

　　　　Accordingly, Plaintiff Melissa Turner is HEREBY ORDERED to appear on **Friday December 4, 2020, at 10:00 AM in Courtroom 8 (BAM) before the undersigned** to show

1

cause why sanctions should not be imposed and/or this action should not be dismissed for her failure to appear at the November 4, 2020 status conference, failure to prosecute, and failure to comply with a court order. Plaintiff shall appear at the conference by telephone using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**. A copy of this Order shall be served on Plaintiff at her last known address.

**Failure to respond to this order will result in the imposition of sanctions, including a recommendation that this action be dismissed for failure to appear, failure to prosecute, and failure to comply with a court order.**

IT IS SO ORDERED.

Dated: __**November 4, 2020**__         /s/ *Barbara A. McAuliffe*_
                                                   UNITED STATES MAGISTRATE JUDGE